UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-11370-RGS

ERIC DUARTE,
Petitioner

v.

MASSACHUSETTS DEPARTMENT OF CORRECTION, et al.,
Respondents

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

November 6, 2025

STEARNS, D.J.

I agree that the position taken by Magistrate Judge Hedges that plaintiff's attempt to prosecute this forty-eight defendant case fails at the onset for plaintiff's failure to comply with the court's Order that he make a proper showing under 28 U.S.C. § 1915(g) or pay the requisite filing fee (or show cause for proceeding without prepayment of the fee). The Magistrate Judge's Recommendation is adopted, and the action is DISMISSED without prejudice. The Clerk will close the case.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE